[No. 71306-0-I.   Division One.   February 17, 2015.]

MERGITU ARGO, *Appellant*, v. PORT JOBS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-34032-3, Mariane C. Spearman, J., entered December 3, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Appelwick, JJ.

[No. 71328-1-I.   Division One.   February 17, 2015.]

MITCH MICHKOWSKI, *Appellant*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-05973-6, Marybeth Dingledy, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 71651-4-I.   Division One.   February 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BENJAMIN BRATTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13952-5, Elizabeth J. Berns, J., entered March 10, 2014. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 72021-0-I.   Division One.   February 17, 2015.]

JUDE I. DOTY, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-2-03217-1, Robert Lawrence-Berrey, J., entered October 19, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Appelwick, J.